IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **RICKEY HUNSAKER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 22-00740-CV-W-WBG |
| ) | |
| **QWP HOLDINGS, LLC,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On October 23, 2023, the parties filed a Joint Stipulation of Dismissal with Prejudice. Doc. 44. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITH PREJUDICE** with each party to bear his or its own fees, costs, and expenses.

**IT IS SO ORDERED.**

DATE: October 24, 2023                       */s/ W. Brian Gaddy*
                                                                        W. BRIAN GADDY
                                                                        UNITED STATES MAGISTRATE JUDGE